

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2018

No. 04-18-00045-CV

**IN RE ADAM MICHAEL HOMES LTD.**,
Adam Michael Holdings, LLC, and Adam Maizel

Original Mandamus Proceeding[1]

### ORDER

Sitting: Sandee Bryan Marion, Chief Justice
    Rebeca C. Martinez, Justice
    Luz Elena D. Chapa, Justice

On January 26, 2018, relators filed a petition for writ of mandamus and a motion for emergency stay. After considering the petition, this court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 30, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CI20607, styled *Cresta Bella Homeowners Association, Inc. v. Gabriel and Marina Escalante, et al.*, pending in the 285th Judicial District Court, Bexar County, Texas. The Honorable Stephani A. Walsh signed the order at issue in this proceeding.